**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tom CHAN, Defendant–Appellant.**

**United States of America,**
**Plaintiff–Appellee,**

v.

**William Chan, Defendant–Appellant.**

Nos. 03–4056, 03–4057.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 26, 2003.

Decided Oct. 24, 2003.

John A. Dusenbury, Jr., Assistant Federal Public Defender, Greensboro, North Carolina; Michael W. Patrick, Chapel Hill, North Carolina, for Appellants. Anna Mills Wagoner, United States Attorney, L. Patrick Auld, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Tom Chan and William Chan appeal the district court's orders affirming their convictions and sentences. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Chan,* No. CR–01–290 (M.D.N.C. Dec. 27, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*